THERESE Y. CANNATA (SBN 88032)
MICHAEL M. CHING (SBN 209426)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:  (415) 409-8904

Attorneys for Plaintiffs
DANA WOFFORD, GAIL WOFFORD
and MARK BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>_____/ | CASE NO.  C 09-06016 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO WITHDRAW DEFENDANT'S NOTICE OF DEFAULT AND VACATE THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>_____/ |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, that:

1.      Defendant Bayview Loan Servicing, LLC has agreed to not proceed to non-judicially foreclose on the subject property, commonly known as 3344 &3345 Lakeshore Boulevard, Lakeport, California, until a determination is made in this action ("the subject property")

2.      Defendant Bayview Loan Servicing, LLC has agreed to immediately withdraw the notice of default and election to sell under commercial deed of trust, recorded on December 16, 2009 as instrument number 2009020616 in the official records of Lake County, California on the subject property.

1         3.     Plaintiffs' Motion for Preliminary Injunction to restrain defendants from noticing

2    and initiating a non-judicial foreclose sale of the subject property, re-noticed for hearing for April

3    30, 2010 at 10:00 a.m. in Courtroom 8, 19th Floor, before Honorable Charles R. Breyer, as docket

4    nos. 12, 13 and 18, is withdrawn and should be taken off calendar.

5    SO STIPULATED.

6    Date: March 26, 2010          CANNATA, CHING & O'TOOLE LLP

7                          /s/ Michael M. Ching

8                          _____
                           MICHAEL M. CHING
                           Attorneys for plaintiffs Dana Wofford, Gail Wofford and

9                          Mark Bennett

10   Date: March 26, 2010          EDWARD G. SCHLOSS LAW CORPORATION

11                         /s/ Edward G. Schloss

12                         _____
                           EDWARD G. SCHLOSS

13                         Attorney for defendant Bayview Loan Servicing, LLC

14

15                                 **ORDER**

16        Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

17   ORDERED THAT:

18        1.     Defendant Bayview Loan Servicing, LLC's notice of default and election to sell

19   under commercial deed of trust, recorded on December 16, 2009 as instrument number

20   2009020616 in the official records of Lake County, California on the subject property is

21   withdrawn.

22        2.     Plaintiffs' Motion for Preliminary Injunction to restrain defendants from noticing

23   and initiating a non-judicial foreclose sale of the subject property, set for hearing for April 30,

24   2010 at 10:00 a.m. in Courtroom 8, 19th Floor, before Honorable Charles R. Breyer, filed as

25   docket nos. 12, 13 and 18 is vacated.

26        SO ORDERED.

27   Date:__ March 30, 2010 _____     _____

28                           THE HONORAB... ...YER
                           JUDGE OF TH...

IT IS SO ORDERED
Judge Charles R. Breyer