1  Edward G. Schloss (#102858)
   3637 Motor Avenue, Suite 220
2  Los Angeles, California 90034
   Tel: (310) 733-4488; Fax: (310) 836-4888
3  Email: <egs2@ix.netcom.com>
   C563/nc
4
   Attorneys for Defendant
5  BAYVIEW LOAN SERVICING, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11
   DANA WOFFORD, an individual, GAIL )        Case No. CV09-06016 CRB
12 WOFFORD, an individual, and MARK  )
   BENNETT, an individual,           )        STIPULATION AND [PROPOSED]
13                                    )        ORDER TO CONTINUE CASE
                                      )        MANAGEMENT CONFERENCE
           Plaintiffs,                )        HEARING
14                                    )
              vs                      )
15                                    )        Hearing -
                                      )        Date:  May 14, 2010
16 BAYVIEW LOAN SERVICING, LLC, a     )        Time:  10:00 a.m.
   Delaware limited liability company, and )   Place: U.S. District Courthouse
17 DOES 1-20, inclusive,              )               Courtroom 8, 19th Floor
                                      )               450 Golden Gate Avenue
           Defendants.                )               San Francisco, CA 94102
18 _____ )

19
        IT IS HEREBY STIPULATED AND AGREED by and between parties to this action,
20
   through their respective counsel, that:
21
        Whereas the parties to this action are in the process of reducing to writing the settlement
22
   of this action,
23
        The Case Management Conference currently scheduled for from May 14, 2010 at 10:00
24
   a.m., shall be continued to the last week of May 2010, in the above-referenced Court.
25
   SO STIPULATED.
26
   \\\
27
   \\\
28

                                       -1-

1  DATED: May _12_, 2010          EDWARD G. SCHLOSS

2

3                                 By _____
                                  EDWARD G. SCHLOSS
4                                 Attorneys for BAYVIEW LOAN SERVICING,
                                  LLC

5

6  DATED: May _10_, 2010          CANNATA, CHING & O'TOOLE LLP

7                                 By _____
                                  MICHAEL M. CHING
8                                 Attorneys for DANA WOFFORD, GAIL
                                  WOFFORD AND MARK BENNETT

9

10                               **ORDER**

11         Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

12  ORDERED THAT:

13         The Case Management Conference shall be continued from May 14, 2010 at 10:00 a.m.

14  to May _28_, 2010 at 10:00 a.m., in the above-referenced Court.

15         SO ORDERED.

16

17

18  DATED: __May 13, 2010__          THE HONORABLE CHARLES R. BREYER
                                     JUDGE OF THE DISTRICT COURT

19                                   IT IS SO ORDERED

20

21                                   Judge Charles R. Breyer

22

23

24

25

26

27

28  S:\SIS\Stipulations\SFBLSconthrg.wofford.SIS.wpd

                                     -2-