| | |
|---|---|
| 1 | Edward G. Schloss (#102858) |
| 2 | 3637 Motor Avenue, Suite 220<br>Los Angeles, California 90034<br>Tel: (310) 733-4488; Fax: (310) 836-4888 |
| 3 | Email: <egs2@ix.netcom.com><br>C563/nc |
| 4 | |
| 5 | Attorneys for Defendant<br>BAYVIEW LOAN SERVICING, LLC |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>vs<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV09-06016 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING<br><br>Hearing -<br>Date: May 28, 2010<br>Time: 10:00 a.m.<br>Place: U.S. District Courthouse<br>Courtroom 8, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

IT IS HEREBY STIPULATED AND AGREED by and between parties to this action, through their respective counsel, that:

Whereas the parties to this action are in the process of completing revisions to the written settlement of this action,

The Case Management Conference currently scheduled for May 28, 2010 at 10:00 a.m., shall be continued to the last week of June, 2010, in the above-referenced Court.

SO STIPULATED.

\\\

\\\

-1-

| | | |
|---|---|---|
| 1 | DATED: May 27, 2010 | EDWARD G. SCHLOSS |
| 2 | | By _____ |
| 3 | | EDWARD G. SCHLOSS<br>Attorneys for BAYVIEW LOAN SERVICING, LLC |
| 4 | | |
| 5 | DATED: May 27, 2010 | CANNATA, CHING & O'TOOLE LLP |
| 6 | | |
| 7 | | By _____ |
| 8 | | MICHAEL M. CHING<br>Attorneys for DANA WOFFORD, GAIL WOFFORD AND MARK BENNETT |

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference shall be continued from May 28, 2010 at 10:00 a.m. to June 25, 2010 at 10:00 a.m., in the above-referenced Court.

SO ORDERED.

DATED: May 27, 2010

_____
THE HONORABLE CHARLES R. BREYER
JUDGE OF THE...

[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]

S:\SIS\Stipulations\SFBLScontlhrg.wofford2.SIS.wpd

-2-