Edward G. Schloss (#102858)
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488; Fax: (310) 836-4888
Email: <egs2@ix.netcom.com>
C563/nc

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>vs<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV09-06016 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING<br><br>Hearing -<br>Date:  June 25, 2010<br>Time:  10:00 a.m.<br>Place:  U.S. District Courthouse<br>Courtroom 8, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

IT IS HEREBY STIPULATED AND AGREED by and between parties to this action, through their respective counsel, that:

Whereas the parties to this action are in the process of completing revisions to the written settlement of this action, with the assistance of the Court-appointed mediator,

The Case Management Conference currently scheduled for June 25, 2010 at 10:00 a.m., shall be continued to the last week of July, 2010, in the above-referenced Court.

SO STIPULATED.

\\\

\\\

-1-

| | | |
|---|---|---|
| 1 | DATED: June 23, 2010 | EDWARD G. SCHLOSS |
| 2 | | |
| 3 | | By _____ |
| | | EDWARD G. SCHLOSS |
| 4 | | Attorneys for BAYVIEW LOAN SERVICING, LLC |
| 5 | DATED: June 23, 2010 | CANNATA, CHING & O'TOOLE LLP |
| 6 | | |
| 7 | | By _____ |
| | | MICHAEL M. CHING |
| 8 | | Attorneys for DANA WOFFORD, GAIL WOFFORD AND MARK BENNETT |

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference shall be continued from June 25, 2010 at 10:00 a.m. to July 9, 2010 at 8:30 a.m., in the above-referenced Court.

SO ORDERED.

DATED: July 24, 2010

THE HONORABLE
JUDGE OF

IT IS SO ORDERED
Judge Charles R. Breyer

\\Schloss2003\law files\SIS\Stipulations\SFBLSconthrg.wofford2.SIS.wpd

-2-