THERESE Y. CANNATA (SBN 88032)
MICHAEL M. CHING (SBN 209426)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Plaintiffs
DANA WOFFORD, GAIL WOFFORD
and MARK BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C 09-06016 CRB<br><br>**NOTICE OF DISMISSAL OF COMPLAINT AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Dana Wofford, Gail Wofford, and Mark Bennett (plaintiffs), pursuant to Federal Rule of Civil Procedure 41(a)(2), and this Court's order dated July 9, 2010 directing plaintiff to file this dismissal after final settlement, hereby request that the entire Complaint be dismissed with prejudice.

Respectfully submitted,

Dated: July 22, 2010         CANNATA, CHING & O'TOOLE LLP

*/s/ Michael M. Ching*
_____
MICHAEL M. CHING
Attorneys for plaintiffs DANA WOFFORD,
GAIL WOFFORD, and MARK BENNETT

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT the entire Complaint is dismissed with prejudice.

SO ORDERED.

Signed: July 27, 2010

_____
CHARLES R. BREYER
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 1775
San Francisco, CA 94111
TEL: (415) 409-8900 ▪ FAX: (415) 409-8904

- 2 -                          720852..pldg.Request for dismissal.mmc.wpd
REQUEST FOR DISMISSAL – N.D. Cal. CASE NO. C 09-06016 CRB