1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  GAIL BENNETT-WOFFORD, DANA         No. C 15-02445 JSW
   WOFFORD, and MARK WOFFORD,

10

11          Plaintiffs,             **SUA SPONTE ORDER OF REFERRAL**

12    v.

13  BAYVIEW LOAN SERVICING, LLC,

14          Defendant.

15  _____/

16       Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned

17 case is referred to Judge Charles R. Breyer to determine whether it is related to *Wofford v. Bayview*

18 *Loan Servicing, LLC*, Case No. 09-6016 CRB.  The case management conference set for September

19 4, 2015 at 11:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of

20 the Court.

21      **IT IS SO ORDERED.**

22 Dated:  September 3, 2015

23                   _____
                     JEFFREY S. WHITE

24                     UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California